FILED

FEB 28 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 4:23 CR 0110 |
| v. ) | |
| ) | Title 18, United States Code, |
| NASHER ALGAHIM, ) | Sections 201(b)(2)(C), |
| ) | 1791(a)(1), (b)(3), (d)(1)(B), |
| Defendant. ) | (b)(4), (d)(1)(D), (b)(5), and |
| ) | (d)(1)(G) |

JUDGE NUGENT

GENERAL ALLEGATIONS

1. "Mobile Payment Application" was a mobile payment service that allowed individuals to send and receive sums of money electronically.

2. "Payment Services" were services that allowed individuals to send sums of money from one physical location to be picked up by an individual at another physical location.

3. The United States Marshals Service ("USMS") was established as a bureau within the United States Department of Justice under the authority and direction of the Attorney General.

4. The Attorney General was authorized to delegate responsibility for the safekeeping of federal pre-trial detainees to the USMS, and the USMS was authorized to enter into contracts for the same.

5. The Northeast Ohio Correctional Center ("NEOCC") operated under a contract with the USMS for the safekeeping of federal pre-trial detainees.

6. Defendant Nasher Algahim ("Algahim") was employed by NEOCC as a Correctional Officer from on or about March 6, 2017, to on or about April 13, 2019.

7. The Federal Correctional Institution at Elkton ("FCI Elkton") was a federal correctional facility in which persons were held in custody by direction of the Attorney General.

8. Algahim was employed by FCI Elkton as a Correctional Officer from on or about April 14, 2019, to on or about January 16, 2021.

## COUNT 1
(Accepting Bribes, 18 U.S.C. § 201(b)(2)(C))

The First Assistant United States Attorney charges:

9. The allegations contained in paragraphs 1 through 8 of this Information are realleged and incorporated by reference as if fully set forth herein.

10. From on or about March 6, 2017, to on or about January 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant NASHER ALGAHIM, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being induced to do an act and omit to do an act in violation of his official duties, that is: accepting United States currency, and payments via Mobile Payment Application and Payment Services in exchange for smuggling contraband into FCI Elkton (as charged in Counts 2 through 5 herein) and NEOCC (as charged in Count 6 herein), in violation of Title 18, United States Code, Section 201(b)(2)(C).

## COUNT 2
(Providing Marijuana to an Inmate, 18 U.S.C.§§ 1791(a)(1), (b)(3), and (d)(1)(B))

The First Assistant United States Attorney further charges:

11. The allegations contained in paragraphs 1 through 8 of this Information are realleged and incorporated by reference as if fully set forth herein.

12. From on or about April 14, 2019, to on or about January 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant NASHER ALGAHIM, a correctional officer at

FCI Elkton, contrary to Title 21, United States Code, Section 841(a)(1), provided and attempted to provide a prohibited object to a prison inmate, to wit: marijuana, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(3), and (d)(1)(B).

## COUNT 3
(Providing Alcoholic Beverage to an Inmate, 18 U.S.C.§§ 1791(a)(1), (b)(4), and (d)(1)(D))

The First Assistant United States Attorney further charges:

13. The allegations contained in paragraphs 1 through 8 of this Information are realleged and incorporated by reference as if fully set forth herein.

14. From on or about April 14, 2019, to on or about January 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant NASHER ALGAHIM, a correctional officer at FCI Elkton, contrary to 28 C.F.R. §§ 6.1, 553.12, and 500.1(h), knowingly provided and attempted to provide a prohibited object to a prison inmate, to wit: a portion of vodka and a portion of tequila, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(4), and (d)(1)(D).

## COUNT 4
(Providing Tobacco to an Inmate, 18 U.S.C.§§ 1791(a)(1), (b)(5), and (d)(1)(G))

The First Assistant United States Attorney further charges:

15. The allegations contained in paragraphs 1 through 8 of this Information are realleged and incorporated by reference as if fully set forth herein.

16. From on or about April 14, 2019, to on or about January 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant NASHER ALGAHIM, a correctional officer at FCI Elkton, contrary to 28 C.F.R. §§ 6.1, 553.12, and 500.1(h), knowingly provided and attempted to provide a prohibited object to a prison inmate, to wit: a portion of tobacco, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(5), and (d)(1)(G).

## COUNT 5
(Providing Video Recording Device to an Inmate, 18 U.S.C.§§ 1791(a)(1), (b)(5), and (d)(1)(G))

The First Assistant United States Attorney further charges:

17. The allegations contained in paragraphs 1 through 8 of this Information are realleged and incorporated by reference as if fully set forth herein.

18. From on or about April 14, 2019, to on or about January 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant NASHER ALGAHIM, a correctional officer at FCI Elkton, contrary to 28 C.F.R. §§ 6.1, 553.12, and 500.1(h), knowingly provided and attempted to provide a prohibited object to a prison inmate, to wit: a false pen that was, in fact, an electronic device capable of recording and storing video, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(5), and (d)(1)(G).

## COUNT 6
(Providing Tobacco to an Inmate, 18 U.S.C.§§ 1791(a)(1), (b)(5), and (d)(1)(G))

The First Assistant United States Attorney further charges:

19. The allegations contained in paragraphs 1 through 8 of this Information are realleged and incorporated by reference as if fully set forth herein.

20. From on or about March 6, 2017, to on or about April 13, 2019, in the Northern District of Ohio, Eastern Division, Defendant NASHER ALGAHIM, a correctional officer at NEOCC, contrary to 28 C.F.R. §§ 6.1, 553.12, and 500.1(h), knowingly provided and attempted

to provide a prohibited object to a prison inmate, to wit: a portion of tobacco, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(5), and (d)(1)(G).

                                            MICHELLE M. BAEPPLER
                                            First Assistant United States Attorney

By: _____
       MICHAEL L. COLLYER, CHIEF
       White Collar Crimes Unit

5